**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2417**

In re:  TAVIS LABRON HOUPE,

 Petitioner.

On Petition for Writ of Mandamus. (No. 1:15-cr-00193-CCE-1)

Submitted:  March 29, 2018            Decided:  April 2, 2018

Before AGEE and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Tavis Labron Houpe, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tavis Labron Houpe petitions for a writ of mandamus, requesting that we direct the district court to conform the drug amounts that support his 2015 sentence for a federal drug offense to the laboratory report that he presented in his 28 U.S.C. § 2255 motion. To the extent that Houpe challenges the district court's disposition of his § 2255 motion, a mandamus petition is not a proper substitute for a direct appeal, *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007), and, in any event, we have already considered and rejected Houpe's appeal from the § 2255 ruling. *United States v. Houpe*, 704 F. App'x 276, 277 (4th Cir. 2017) (No. 17-6965). Accordingly, although we grant leave to proceed in forma pauperis, we deny Houpe's petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*